UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

13 OCT 11 PM 3:19



DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 10cr1930-H |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RICHARD GILBERT GARCIA, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Superseding Indictment:

22:2778(b)(2) and (c) and 28:2461(c) - Attempted Export of Defense Articles without a License (Felony) and Criminal Forfeiture

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 8, 2013

Nita L. Stormes
U.S. Magistrate Judge